Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

United States Courts
Southern District of Texas
FILED

OCT 31 2025

Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
for the
District of
Division

**Plaintiff(s):**
TURNER MYER III
3132 TIDWELL RD 32
HOUSTON, TX 77093
4042.74

-v-

**Defendant(s):**
STATE OF TEXAS
TEXAS DEPARTMENT OF CRIMINAL JUSTICE
PARDONS AND PAROLE DIV.

Case No. 4:25-CV-5220
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☒ No

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: TURNER MYER III
Street Address: 3132 TIDWELL RD 32
City and County: HOUSTON (HARRIS COUNTY)
State and Zip Code: TEXAS 77093
Telephone Number:
E-mail Address:
PLAINTIFF(S)

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**
Name: MCCARTNEY, ANDREA
Job or Title (if known): BEAUMONT DISTRICT OFFICE (PAROLE OFFICER THE SUPERVISING)
Street Address: 3375 SOUTH MLK
City and County: BEAUMONT (JEFFERSON COUNTY)
State and Zip Code: TEXAS 77705
Telephone Number: (409-835-9987)

**Defendant No. 2**
Name: UNDERHILL, MELISSA (HEARING OFFICER)
Job or Title (if known):
Street Address: 3800 HWY 365 S, SUITE 165
City and County: PORT ARTHUR (JEFFERSON COUNTY)
State and Zip Code: TEXAS 77642
Telephone Number: (409) 724-1829

**Defendant No. 3**
Name: CANSLER, LINDA (ATTORNEY)
Job or Title (if known):
Street Address: 495 PINE
City and County: BEAUMONT (JEFFERSON COUNTY)
State and Zip Code: TEXAS 77701
Telephone Number: (409-835-5920)

**Defendant No. 4**
Name: CHARLEY VALDEZ (PROGRAM SUPERVISOR INMATE TIME MANAGEMENT CLASSIFICATION AND RECORDS)
Job or Title (if known):
Street Address: P.O. BOX 99
City and County: HUNTSVILLE (WALKER COUNTY)
State and Zip Code: TEXAS 77342-0699
Telephone Number: (936-437-2170)

Page 2 of 5

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

U.S. CONSTITUTION EIGHTH AMENDMENT CRUEL AND UNUSUAL PUNISHMENT AND UNITED STATES CONSTITUTIONAL 14 EQUAL PROTECTION AND OTHER RIGHTS.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .
Or is incorporated under the laws of *(foreign nation)* _____ ,
and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

ATTACH (1) (2) (3) PAGE 4 OF 5
DATE MINIMUM DATE 3-5-1985 TO
MY MAXIMUM 3-5-2030 AND THE JURY
GIVE ME 45 YEARS DATE 10-24-2025

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

REQUEST THAT THE U.S. DISTRICT COURT AND HAVE THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE PARDONS AND PAROLE DIV. BACK DATE AND DISCHARGE ME OUT ON MARCH 5, 2030 OF RELEASE.

ATTACH (4)

SEE EXHIBIT G

STATEMENT OF CLAIM

252 DISTRICT COURT OF JEFFERSON COUNTY ON 4-3-2003 BOARD OF PARDONS AND PAROLES (HEARING SECTION) - PAROLE VIOLATION MY PAROLE RULE 85, RULE 8 AND WAS SENT TO ISF FOR 90 DAYS IN HOUSTON TEXAS. TDCJ NO. 404274; SID 01319105 SEE: EXHIBIT A AND

228 DISTRICT COURT OF HARRIS COUNTY

I WAS SENTENCED 2 YEARS IN TDCJ FOR FAIL TO COMPLY AS SEX OFFENDER AND THEIR GIVE ME TDCJ NO. 02162764 AND THEIR RAN MY 2 YEARS OF AN 3RD DEGREE FELONY INTO MY AGGRAVATED SEXUAL ASSAULT OF INTO MY 1ST DEGREE FELONY OF MY 45 YEARS SENTENCED TDCJ NUMBER 404274 SEE: EXHIBIT D AND E FROM THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS TYLER DIVISION CIVIL ACTION NO. 6:18CV648

10-24-25
DATE

PAGE 4 OF 5

SEE: EXHIBIT (A)(B)(C) STATEMENT OF CLAIM
CONTINUE

ALLEGED MALFEASANCE BY THE TEXAS BOARD OF PARDONS AND PAROLES IN CHANGING HIS SENTENCE.

MALFEASANCE
(WRONG DOING ESPECIALLY)
(BY PUBLIC OFFICIAL)

MY ORIGINAL MANDATORY DATE 3-5-1985 TO 3-5-2030 AND THE JURY GIVE ME 45 YEARS AGGRAVATED SEXUAL ASSAULT OF AN 1ST DEGREE FELONY.

SEE: EXHIBIT (A) LETTER DATE 9-18-2025 TEXAS DEPARTMENT OF CRIMINAL JUSTICE. C. MY MAXIMUM DISCHARGE IS NOT 3-15-2045 AND THE BOARD ADD 15 YEARS MORE TO MY SENTENCED OF MAKE ON TO MY 45 YEARS OF MAKE IT 60 YEARS I HAVE TO DO. SEE: EXHIBIT A, EXHIBIT B, EXHIBIT C.

10-24-25
DATE

(2) page 4 of 5

ATTACH (3)

SEE:

EXHIBIT (F)   STATEMENT OF CLAIM

STATE OF TEXAS
CERTIFICATE OF MANDATORY
SUPERVISION
TDCJ NO. 404274
SID 01319105
CAUSE 45748
TDCJ NO. 404274


10-24-2025
DATE

Turner My III
3132 TIDWELL RD
#32
HOUSTON, TEXAS
77093

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-24-2025

Signature of Plaintiff: *Turner Myer III*
Printed Name of Plaintiff: TURNER MYER III

### B. For Attorneys

Date of signing: 

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address